UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KELLIE DEFRIES,** | § § § | |
| Plaintiff | § § | |
| *versus* | § § | Case No. 4:25-cv-175 |
| **AMAZON.COM, INC.,** | § § | |
| Garnishee. | § § | |

USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

Pursuant to Local Rule 7.2(f), portions of this brief were prepared using generative artificial intelligence to assist in drafting legal arguments and formatting. If the presiding judge so directs, Plaintiff is prepared to disclose the specific portions generated using artificial intelligence.

APPLICATION FOR WRIT OF GARNISHMENT

TO THE HONORABLE COURT:

**Plaintiff, Kellie DeFries**, applies for a Writ of Garnishment against **Amazon.com, Inc. ("Amazon")**, as garnishee, to satisfy the final judgment entered against Defendants **MSB Trade Inc., et al.** and states as follows:

I.  JURISDICTION AND VENUE

1.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 & 1338(a) as the underlying matter concerns claims of patent infringement and trademark violations.

2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because Amazon maintains business operations within this District and is holding non-exempt funds belonging to the judgment debtors.

3. This action is a post-judgment proceeding ancillary to *DeFries v. MSB Trade Inc., et al.*, Civil Action No. 3:22-cv-00549-M, filed in this Court.

## II. FACTUAL BACKGROUND

4. On August 2, 2024, this Court entered a Final Default Judgment against Defendants, finding them liable for patent and trademark infringement and awarding Plaintiff monetary damages. Exhibit A, *Defries,* No. 3:22-cv-00549-M at ECF No. 128

5. The Judgment awarded Plaintiff damages against each Defaulting Defendant, as outlined in the Judgment.

6. Through post-judgment discovery, Plaintiff obtained information showing that Amazon holds funds in accounts registered to the Defaulting Defendants.

7. The responses to Plaintiff's Second Interrogatories to Amazon confirm that Amazon maintains bank accounts and balances associated with the Defaulting Defendants and is in possession of funds that are non-exempt and subject to execution under Texas law.

8. Amazon is a proper garnishee because it holds property (*i.e.*, funds) belonging to the Defaulting Defendants, including past due amounts and ongoing royalty payments as outlined in the Judgment.

## III. LEGAL BASIS FOR GARNISHMENT

9. Under Federal Rule of Civil Procedure 69(a)(1), post-judgment collection procedures follow Texas state law.

10. Texas law permits a judgment creditor to garnish funds held by a third party. Texas Civil Practice & Remedies Code § 63.001.

11. Garnishment is appropriate because:

(a) Plaintiff holds a valid, final judgment against Defendants;

(b) Defendants do not have sufficient property in Texas to satisfy the judgment;

(c) Amazon holds funds on behalf of Defendants that can satisfy the judgment, including past due damages and future royalties due under the Judgment.

IV. REQUEST FOR RELIEF

12. Plaintiff requests and prays that this Court issue a Writ of Garnishment directing Amazon to:

(a) Immediately freeze and retain all funds held in accounts associated with the Defaulting Defendants, including past due damages and ongoing royalty payments per the Judgment;

(b) Provide an updated disclosure and accounting of the funds in each account as of the time of compliance;

(c) Turn over all non-exempt funds to Plaintiff to satisfy the judgment, including interest under 28 U.S.C. § 1961(a) and all ongoing royalty obligations.

(d) Grant Plaintiff such other relief as the Court deems just and proper.

13. WHEREFORE, Plaintiff prays that the Court:

(a) Issue a Writ of Garnishment to Amazon.com, Inc.;

(b) Order Amazon to withhold and freeze all funds associated with Defendants' accounts, including ongoing royalties;

    (c) Order Amazon to provide an updated disclosure of account balances as of the date of compliance;

    (d) Order Amazon to turn over funds to satisfy Plaintiff's judgment and ongoing royalty obligations; and

    (e) Grant Plaintiff all other relief to which she may be entitled.

    Respectfully submitted,

    /Brandon J. Leavitt/
    **Brandon James Leavitt**

    **LEAVITT ELDREDGE LAW FIRM**
    4204 SW Green Oaks Blvd, Suite 140
    Arlington, TX 76107

    (214) 727-2055
    brandon@uslawpros.com

    **ATTORNEY FOR PLAINTIFF**