**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KELLIE DEFRIES,** | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| *versus* | § | Case No. 4:25-cv-175 |
| | § | |
| **AMAZON.COM, INC.,** | § | |
| | § | |
| Garnishee. | § | |

**ORDER GRANTING APPLICATION FOR WRIT OF GARNISHMENT**

On this day, the Court considered Plaintiff Kellie DeFries' Application for Writ of Garnishment against Amazon.com, Inc., and finds that the Application is well taken and should be GRANTED.

IT IS HEREBY ORDERED that:

1. A Writ of Garnishment is issued to Amazon.com, Inc. to freeze all funds in accounts associated with the Defaulting Defendants, including ongoing royalty payments.

2. Amazon.com, Inc. shall provide an updated accounting of all funds held in the accounts associated with the Defaulting Defendants within 10 days of service of this Order.

3. Amazon.com, Inc. shall turn over all non-exempt funds necessary to satisfy the judgment, including post-judgment interest and any ongoing royalties due under the Judgment.

4. The Clerk of the Court shall issue the Writ of Garnishment forthwith.

SO ORDERED.

SIGNED this ____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**