IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELLIE DEFRIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| MSB TRADE INC., ET AL., | § | Civil Action No. 4:25-cv-00175-O |
| | § | |
| Defendants, | § | |
| | § | |
| v. | § | |
| | § | |
| AMAZON.COM, INC., | § | |
| | § | |
| Garnishee. | § | |

### ORDER REFERRING CASE TO MAGISTRATE

The Court hereby **REFERS** this case to United States Magistrate Judge Hal Ray for pretrial management and final decision, where applicable, and/or findings and recommendation to this Court. *See* 28 U.S.C. § 636(b)(1); Special Order No. 3-251. Further pleadings concerning this case shall be filed with a transmittal letter addressed to Magistrate Judge Ray so that copies may be sent directly to him without delay.

**SO ORDERED** on this **February 25, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE