# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| KELLIE DEFRIES,<br><br>　　Plaintiff,<br><br>v.<br><br>MSB TRADE INC., ET AL.,<br><br>　　Defendants,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>　　Garnishee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:25-cv-00567-M |

## ORDER GRANTING IN PART PLAINTIFF'S APPLICATION FOR WRIT OF GARNISHMENT

On this day came on for consideration Plaintiff Kellie DeFries' Application for Writ of Garnishment against Amazon.com, Inc., and finds that the Application is well taken and should be **GRANTED IN PART**.

**IT IS HEREBY ORDERED** that:

1. A Writ of Garnishment is to be issued to Amazon.com, Inc. for funds held by Amazon.com, Inc. that are payable to the Defaulting Defendants, including ongoing royalty payments, that are included in the first paragraph of the Final Default Judgment in Case No. 3:22-cv-549-M, attached hereto.

2. Amazon.com, Inc. shall answer within 10 days of service of this Writ of Garnishment.

3. The Clerk of Court shall issue the Writ of Garnishment forthwith.

2.

**SO ORDERED**.

July 3, 2025.

_____
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KELLIE DEFRIES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:22-cv-00549-M |
| | § | |
| MSB TRADE INC., et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**FINAL DEFAULT JUDGMENT**

The Court previously granted Plaintiff's Motion for Default Judgment against Defendants alyer, annbay ltd, aoshang, audab store, barney/skd-us, beautychen, deskoti, enzo-missdeer-us, gao yongxue-yongusuus, gu bingding-eyxformula, honoson, jackshen-mooerca us, jinhua cao-ztl fashion, lisihua-jiasheng direct, magic c-moibase gel polish, njqianrou-nanjingqianroubuliaoyouxiangongsi, qiaocrystal-shiny crystal, subay-subay direct, tangsanyuan ba, tatuo us, tianping liu-biutee store, tianshui wang-over the hills, xin huang-angnya nails, xinqitong, xiulin dai-yokilly beauty, xushujun-kang yue trading, yao angela-honey joy beauty & health, zhang zhaoqin-juanzhizong, zhouyanghao, zhujunjie-hzsbass store (collectively, the "Defaulting Defendants").

The Court determines that there is no just reason for delay in, and hereby directs, entry of Final Default Judgment as to the Plaintiff's claims against the Defaulting Defendants.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to entry of a Default Judgment against the Defaulting Defendants.

1

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Default Defendants have infringed claims 1, 9–11 of U.S. Patent No. 10,308,005, claim 1 of U.S. Patent No. 10,967,625, claim 1 of U.S. Patent No. D867,838, and claim 1 of U.S. Patent No. D867,839 by selling products associated with the following Amazon.com ASINs, the "accused ASINs":

| | | | |
|---|---|---|---|
| B09TQMRHQ7 | B08LPR3JKS | B07X632YLD | B07DTB2CBR |
| B09TQMC8L5 | B08LBL4JMG | B07V42WKQZ | B07CWB7YFX |
| B09S9N7SF9 | B08FTBZG36 | B07T7DJ1FV | B07CNF6FB1 |
| B09LD4W3RH | B08FSJSLFG | B07T65M5S5 | B07C2TCZHH |
| B09KR9BDBH | B08D67VZYC | B07QR976Z9 | B07BXFSC87 |
| B093H1LCTH | B08BC8RJHW | B07PXHLNQ4 | B07BK1TMH4 |
| B091KZPD17 | B08B37BVLC | B07PWC7VK3 | B077GNC8FT |
| B0912H7RB2 | B08B34P513 | B07PVHGTPP | B076M1F81T |
| B08XXZL83D | B088NTNLT1 | B07P6G7356 | |
| B08XBG4Z46 | B085RQKWNF | B07KCRGZBN | |
| B09TQMRHQ7 | B0827VWDS9 | B07HQ5NXC9 | |
| B08V5MNQR7 | B08LPR3JKS | B07X632YLD | |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded damages for the Defaulting Defendants' past infringement, as follows:

| Defaulting Defendant | Damages |
|---|---|
| alyer | $2,000.00 |
| annbay ltd | $1,000.00 |
| aoshang | $8,710.98 |
| audab store | $7,000.98 |
| barney/skd-us | $1,000.00 |
| beautychen | $1,000.00 |
| deskoti | $7,134.93 |
| enzo-missdeer-us | $1,000.00 |
| gao yongxue-yongusuus | $1,000.00 |
| gu bingding-eyxformula | $2,000.00 |
| honoson | $5,515.50 |
| jackshen-mooerca us | $1,000.00 |
| jinhua cao-ztl fashion | $1,000.00 |
| lisihua-jiasheng direct | $1,000.00 |
| magic c-moibase gel polish | $1,000.00 |
| njqianrou-nanjingqianroubuliaoyouxiangongsi | $1,000.00 |
| qiaocrystal-shiny crystal | $1,000.00 |
| subay-subay direct | $21,313.02 |
| tangsanyuan ba | $00.00 |

| | |
|---|---|
| tatuo us | $6,599.60 |
| tianping liu-biutee store | $1,000.00 |
| tianshui wang-over the hills | $1,000.00 |
| xin huang-angnya nails | $5,000.00 |
| xinqitong | $2,000.00 |
| xiulin dai-yokilly beauty | $7,269.79 |
| xushujun-kang yue trading | $1,000.00 |
| yao angela-honey joy beauty & health | $4,021.50 |
| zhang zhaoqin-juanzhizong | $1,000.00 |
| zhouyanghao | $2,000.00 |
| zhujunjie-hzsbass store | $1,000.00 |

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to post-judgment interest from and after the date of judgment at the legal rate pursuant to 28 U.S.C. § 1961(a).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that as long as a Defaulting Defendant wishes to sell products identified by the accused ASINs, it shall pay Plaintiff a royalty rate of $1,000 per quarter or 5% of gross proceeds per quarter, whichever is higher.  There is no obligation for any Defaulting Defendant to pay a royalty for any month in which it makes no infringing sales under the accused ASINs.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court retains jurisdiction over this matter to ensure that the Court's Judgment is fully and properly implemented.

**SO ORDERED**.

August 2, 2024.

*[Signature: Barbara M. G. Lynn]*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE