# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **KELLIE DEFRIES**, | § § § | |
| Plaintiff | § § | |
| *versus* | § § | |
| **MSB TRADE INC., ET AL.**, | § § | **Civil Action No. 3:25-cv-00567-M** |
| Defendants, | § § § | |
| *versus* | § § § | |
| **AMAZON.COM, INC.**, | § § | |
| Garnishee. | § § | |

## REQUEST FOR CLERK TO ISSUE WRIT OF GARNISHMENT

*This document was prepared with the assistance of artificial intelligence. Counsel has reviewed and takes responsibility for all content.* See *LR 83.6(b)*

**TO THE CLERK OF COURT:**

Plaintiff Kellie DeFries, by and through undersigned counsel, respectfully requests that the Clerk of Court issue a Writ of Garnishment pursuant to Fed. R. Civ. P. 69(a), 28 U.S.C. § 3205, and the Court's Order Granting in Part Plaintiff's Application for Writ of Garnishment, entered on July 3, 2025. ECF Doc. 8.

In support of this request, Plaintiff states:

1. On July 3, 2025, the Honorable Barbara M.G. Lynn entered an Order Granting in Part Plaintiff's Application for Writ of Garnishment against Amazon.com, Inc. pursuant to Fed. R. Civ. P. 69(a) and 28 U.S.C. § 3205. *See* ECF Doc. 8.

2. The Court's Order directs that "The Clerk of Court shall issue the Writ of Garnishment forthwith." ECF Doc. 8, ¶ 3. Amazon.com, Inc. was served with the Court's Order and did not object or move to quash within ten days as permitted by 28 U.S.C.

§ 3205(c)(5). Plaintiff now submits the proposed Writ for issuance pursuant to paragraph 3 of the Order.

3. Plaintiff has prepared a proposed Writ of Garnishment in compliance with Fed. R. Civ. P. 69(a), 28 U.S.C. § 3205, and the Court's Order, which is attached hereto as Exhibit A (Proposed Writ of Garnishment to be issued by the Clerk).

4. The proposed Writ commands Amazon.com, Inc., as Garnishee, to:

   a. Withhold payment of all funds held by Amazon.com, Inc. that are payable to the Defaulting Defendants listed in the Final Default Judgment entered in Case No. 3:22-cv-00549-M (ECF Doc. 128), including ongoing royalty payments;

   b. File a written answer with this Court within 10 days after service of the Writ as required by 28 U.S.C. § 3205(c)(2); and

   c. Serve copies of the answer on the judgment debtor and judgment creditor as required by 28 U.S.C. § 3205(c)(2).

5. The proposed Writ conforms to the Court's Order and 28 U.S.C. § 3205, and properly identifies:

   a. The judgment creditor (Plaintiff Kellie DeFries);

   b. The judgment debtors (the Defaulting Defendants listed in the Final Default Judgment);

   c. The garnishee (Amazon.com, Inc.);

   d. The basis for the garnishment (Final Default Judgment in Case No. 3:22-cv-00549-M, ECF Doc. 128); and

   e. The funds to be garnished.

6. Pursuant to 28 U.S.C. § 3205(c)(3), the garnishee Amazon.com, Inc. is responsible for serving the judgment debtors with notice of the garnishment after being served with the Writ.

No further judicial action is required; this request merely implements the Court's prior directive.

**WHEREFORE, Plaintiff respectfully requests that the Clerk of Court issue the attached proposed Writ of Garnishment pursuant to the Court's July 3, 2025 Order and such other and further relief to which Plaintiff may be justly entitled.**

Respectfully submitted,

     /Brandon J. Leavitt/   
**Brandon James Leavitt**
TX Bar No: 24078841

(214) 727-2055
litigation@uslawpros.com

LEAVITT AND ELDREDGE LAW FIRM
4204 S.W. Green Oaks Blvd. Suite 140
Arlington, TX 76017

**Attorney for Plaintiff**

### CERTIFICATE OF SERVICE

By my signature above I hereby certify that on November 10, 2025, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system on all counsel of record and a courtesy copy was sent by email to garnishee's counsel as follows:

**Arthur Kats**
ArthurKats@dwt.com
Davis Wright Tremaine, LLP