# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **KELLIE DEFRIES**, §<br>§<br>Plaintiff §<br>§<br>*versus* §<br>§<br>**MSB TRADE INC., ET AL.**, §<br>§<br>Defendants, §<br>§<br>*versus* §<br>§<br>**AMAZON.COM, INC.**, §<br>§<br>Garnishee. § | **Civil Action No. 3:25-cv-00567-M** |

## WRIT OF GARNISHMENT

**TO:**

Amazon.com, Inc. (Garnishee)
c/o Corporation Service Company, Registered Agent
211 E. 7th Street, Suite 620
Austin, TX 78701

This writ is issued pursuant to Fed. R. Civ. P. 69(a), 28 U.S.C. § 3205, and the Order Granting in Part Plaintiff's Application for Writ of Garnishment (ECF 8) entered July 3, 2025 by Judge Barbara M. G. Lynn.

**RECITALS:**

Amazon.com, Inc. has previously been served with the Court's Order (ECF 8) and has not filed any objection or motion within the time allowed by 28 U.S.C. § 3205(c)(5). The Clerk now issues this writ consistent with that Order.

This Writ is based upon the Final Default Judgment entered in Case No. 3:22-cv-00549-M on August 2, 2024 (ECF Doc. 128).

**JUDGMENT DEBTORS AND AMOUNTS:**

The following Defaulting Defendants (Judgment Debtors) owe the stated amounts to Plaintiff Kellie DeFries (Judgment Creditor), plus post-judgment interest accruing from August 2, 2024 at the legal rate pursuant to 28 U.S.C. § 1961(a):

| Judgment Debtor | Damages Awarded |
| --- | --- |
| alyer | $2,000.00 |
| annbay ltd | $1,000.00 |
| aoshang | $8,710.98 |
| audab store | $7,000.98 |
| barney/skd-us | $1,000.00 |
| beautychen | $1,000.00 |
| deskoti | $7,134.93 |
| enzo-missdeer-us | $1,000.00 |
| gao yongxue-yongusuus | $1,000.00 |
| gu bingding-eyxformula | $2,000.00 |
| honoson | $5,515.50 |
| jackshen-mooerca us | $1,000.00 |
| jinhua cao-ztl fashion | $1,000.00 |
| lisihua-jiasheng direct | $1,000.00 |
| magic c-moibase gel polish | $1,000.00 |
| njqianrou-nanjingqianroubuliaoyouxiangongsi | $1,000.00 |
| qiaocrystal-shiny crystal | $1,000.00 |
| subay-subay direct | $21,313.02 |
| tangsanyuan ba | $0.00 |
| tatuo us | $6,599.60 |
| tianping liu-biutee store | $1,000.00 |
| tianshui wang-over the hills | $1,000.00 |
| xin huang-angnya nails | $5,000.00 |
| xinqitong | $2,000.00 |
| xiulin dai-yokilly beauty | $7,269.79 |
| xushujun-kang yue trading | $1,000.00 |
| yao angela-honey joy beauty & health | $4,021.50 |
| zhang zhaoqin-juanzhizong | $1,000.00 |
| zhouyanghao | $2,000.00 |
| zhujunjie-hzsbass store | $1,000.00 |

**ONGOING ROYALTY OBLIGATIONS:**

In addition to the damages listed above, the Final Default Judgment provides that as long as any Defaulting Defendant wishes to sell products identified by the accused ASINs listed in the Final Default Judgment, such Defaulting Defendant shall pay Plaintiff a royalty rate of $1,000 per quarter or 5% of gross proceeds per quarter, whichever is higher.

**SCOPE OF GARNISHMENT:**

**YOU ARE HEREBY COMMANDED to withhold payment of:**

1. All funds, credits, and property currently in your possession or control that are due or payable to any of the Defaulting Defendants listed above;

2. All funds, credits, and property that may become due or payable to any of the Defaulting Defendants after service of this Writ, including but not limited to:

    a. Sales proceeds;

    b. Account balances;

    c. Reimbursements;

    d. Credits;

    e. Refunds; and

    f. Any other payments of any kind.

3. All ongoing royalty payments that become due under the Final Default Judgment.

**YOUR OBLIGATIONS AS GARNISHEE:**

These obligations are imposed pursuant to 28 U.S.C. § 3205(c).

**1.    YOU ARE COMMANDED to withhold payment of all such funds, credits, and property from the Defaulting Defendants until further order of this Court.**

**2.     Pursuant to 28 U.S.C. § 3205(c)(2), you must, within 10 days after service of this writ, file an answer with the Clerk and serve copies on the judgment debtor and the judgment creditor.**

Your answer must state:

    a.     Whether you have possession of or control over any property, funds, or credits of any Defaulting Defendant;

    b.     The nature, amount, and location of such property, funds, or credits;

    c.     Whether you owe any debt to any Defaulting Defendant; and

    d.     The amount and nature of any such debt.

**3.     If you fail to answer within the time required, judgment may be rendered against you for the full amount of the judgment against the Defaulting Defendants, plus costs.**

**4.     If you pay or deliver any property, funds, or credits to any Defaulting Defendant after service of this Writ and before this garnishment proceeding is resolved, you may be liable to Plaintiff for such payment or delivery.**

<u>**NOTICE TO JUDGMENT DEBTORS:**</u>

The funds, credits, and property in the possession or control of the Garnishee that are owed to you have been garnished to satisfy the judgment against you.

**Pursuant to 28 U.S.C. § 3205(c)(3)(B), each judgment debtor has the right to request a hearing within 20 days after receiving this notice to object to the garnishment and claim exemptions. The Clerk has not scheduled any hearing at this time.**

Issued under the seal of this Court at Dallas, Texas, this 10th day of November, 2025.



s/ N. Taylor - Deputy Clerk
_____
CLERK, U.S. DISTRICT COURT

**PLAINTIFF'S COUNSEL:**

    Brandon J. Leavitt
    Leavitt & Eldredge Law Firm
    4204 SW Green Oaks Blvd., Suite 140
    Arlington, TX 76017
    Telephone: (844) 728-3680
    Email: brandon@uslawpros.com